# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Paige Herrera**  
Debtor(s)

Case No. **24-21643**  
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Paige Herrera**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **July 20, 2024**

Signature **/s/ Paige Herrera**  
**Paige Herrera**  
Debtor

Payslip: Paige Herrera: 06/30/2024 (Regular) - Complete

10:02 AM
07/19/2024
Page 1 of 3

## Company Information

| Name | Address | Phone |
|---|---|---|
| PNC Bank NA | PNC Bank NA<br>1900 East 9th St B7-YB13-23-1<br>Cleveland, OH 44114<br>United States of America | +1 877-968-7762 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Paige Herrera | 040005433 | 06/17/2024 | 06/30/2024 | 06/28/2024 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,122.86 | 195.03 | 417.15 | 240.89 | 1,269.79 |
| YTD | 892.25 | 28,738.64 | 2,503.44 | 5,790.32 | 3,271.96 | 17,172.92 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Incentive | | | | | 0.00 | 1,000.00 |
| Dom Part Dental - Imputed Income | 06/17/2024 - 06/30/2024 | 0.00 | 0.00 | 11.74 | 0.00 | 152.62 |
| Dom Part Medical - Imputed Income | 06/17/2024 - 06/30/2024 | 0.00 | 0.00 | 269.85 | 0.00 | 3,508.05 |
| ESPP Tax Comp PA | | | | | 0.00 | 7.74 |
| Holiday | | | | | 32.00 | 846.16 |
| Life Insurance - Imputed Income | 06/17/2024 - 06/30/2024 | 0.00 | 0.00 | 0.14 | 0.00 | 1.82 |
| Non-Cash Award | 06/17/2024 - 06/30/2024 | 0.00 | 0.00 | 7.47 | 0.00 | 38.12 |
| Occasional Absence | | | | | 34.00 | 899.05 |
| Overtime Pay | | | | | 0.00 | 0.10 |
| Incentive | | | | | 0.00 | 35.00 |
| Personal Day | | | | | 8.00 | 211.54 |
| Parental Leave | 06/17/2024 - 06/30/2024 | 40.00 | 0.00 | 1,057.69 | 40.00 | 1,057.69 |
| Regular Pay - Salary | 06/24/2024 - 06/30/2024 | 40.00 | 26.442308 | 1,057.70 | 896.00 | 23,692.44 |
| Retro Regular Pay | | | | | -10.00 | (264.43) |
| Straight Time | | | | | 6.25 | 165.27 |
| VAC_Vacation | | | | | 32.00 | 846.16 |
| Bereavement | | | | | 8.00 | 211.54 |
| | | | Total: | 2,404.59 | | 32,408.87 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 138.30 | 1,868.72 |
| Medicare | 32.35 | 437.04 |
| Federal Withholding | 152.03 | 2,208.91 |
| State Tax - PA | 68.48 | 925.51 |
| SUI-Employee Paid - PA | 1.68 | 22.68 |
| City Tax - MOON | 22.31 | 301.46 |

Case 24-21643-GLT    Doc 13    Filed 07/23/24    Entered 07/23/24 18:54:32    Desc Main
Document    Page 3 of 9

Payslip: Paige Herrera: 06/30/2024 (Regular) - Complete

10:02 AM
07/19/2024
Page 2 of 3

| Description | Amount | YTD |
|---|---|---|
| PA LST - MOON | 2.00 | 26.00 |
| Total: | 417.15 | 5,790.32 |

Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 7.68 | 99.84 |
| Health Savings Plan EE Contri | 19.23 | 249.99 |
| Pretax Matched | 21.15 | 243.00 |
| Medical | 106.50 | 1,384.50 |
| Vacation Purchase | 36.98 | 480.74 |
| Vision | 3.49 | 45.37 |
| Total: | 195.03 | 2,503.44 |

Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dom Part Dental | 8.44 | 109.72 |
| Dom Part Medical | 78.25 | 1,017.25 |
| Dom Part Vision | 2.98 | 38.74 |
| Roth Matched | 84.62 | 1,279.95 |
| NCA Offset | 5.00 | 25.50 |
| Optional Life Child | 1.03 | 13.39 |
| Optional Life Employee | 2.62 | 34.06 |
| Optional Life Spouse | 0.26 | 3.38 |
| Working Spouse PST | 57.69 | 749.97 |
| Total: | 240.89 | 3,271.96 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Health Savings Plan ER Contrib | 13.46 | 174.98 |
| Employer Match | 84.62 | 1,148.07 |
| Wellness Employee Incentive | | 700.00 |
| Total: | 98.08 | 2,023.05 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,230.71 | 30,140.69 |
| Medicare - Taxable Wages | 2,230.71 | 30,140.69 |
| Federal Withholding - Taxable Wages | 2,209.56 | 29,897.69 |
| State Tax Taxable Wages - PA | 2,230.57 | 30,146.61 |
| City Tax Taxable Wages - MOON | 2,230.57 | 30,146.61 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Occasional Absence Time Off Plan | 0.00 | 0.00 | 40.00 |
| Personal Day Time Off Plan | 0.00 | 0.00 | 0.00 |

Payslip: Paige Herrera: 06/30/2024 (Regular) - Complete

10:02 AM
07/19/2024
Page 3 of 3

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Vacation Time Off Plan | 0.00 | 0.00 | 28.00 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC | Paige - PNC | ******3673 | 1,244.39 | USD |
| Clearview | Clearview | ******2837 | 25.40 | USD |
| | | Total: | 1,269.79 | |

Payslip: Paige Herrera: 06/16/2024 (Regular) - Complete

10:02 AM
07/19/2024
Page 1 of 3

## Company Information

| Name | Address | Phone |
|---|---|---|
| PNC Bank NA | PNC Bank NA<br>1900 East 9th St B7-YB13-23-1<br>Cleveland, OH 44114<br>United States of America | +1 877-968-7762 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Paige Herrera | 040005433 | 06/03/2024 | 06/16/2024 | 06/14/2024 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,123.57 | 195.03 | 417.36 | 241.39 | 1,269.79 |
| YTD | 852.25 | 26,615.78 | 2,308.41 | 5,373.17 | 3,031.07 | 15,903.13 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Incentive | | | | | 0.00 | 1,000.00 |
| Dom Part Dental - Imputed Income | 06/03/2024 - 06/16/2024 | 0.00 | 0.00 | 11.74 | 0.00 | 140.88 |
| Dom Part Medical - Imputed Income | 06/03/2024 - 06/16/2024 | 0.00 | 0.00 | 269.85 | 0.00 | 3,238.20 |
| ESPP Tax Comp PA | | | | | 0.00 | 7.74 |
| Holiday | | | | | 32.00 | 846.16 |
| Life Insurance - Imputed Income | 06/03/2024 - 06/16/2024 | 0.00 | 0.00 | 0.14 | 0.00 | 1.68 |
| Non-Cash Award | 06/03/2024 - 06/16/2024 | 0.00 | 0.00 | 8.18 | 0.00 | 30.65 |
| Occasional Absence | | | | | 34.00 | 899.05 |
| Overtime Pay | | | | | 0.00 | 0.10 |
| Incentive | | | | | 0.00 | 35.00 |
| Personal Day | | | | | 8.00 | 211.54 |
| Regular Pay - Salary | 06/03/2024 - 06/16/2024 | 80.00 | 26.442308 | 2,115.39 | 856.00 | 22,634.74 |
| Retro Regular Pay | | | | | -10.00 | (264.43) |
| Straight Time | | | | | 6.25 | 165.27 |
| VAC_Vacation | | | | | 32.00 | 846.16 |
| Bereavement | | | | | 8.00 | 211.54 |
| | | | Total: | 2,405.30 | | 30,004.28 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 138.35 | 1,730.42 |
| Medicare | 32.35 | 404.69 |
| Federal Withholding | 152.17 | 2,056.88 |
| State Tax - PA | 68.50 | 857.03 |
| SUI-Employee Paid - PA | 1.68 | 21.00 |
| City Tax - MOON | 22.31 | 279.15 |
| PA LST - MOON | 2.00 | 24.00 |
| Total: | 417.36 | 5,373.17 |

Payslip: Paige Herrera: 06/16/2024 (Regular) - Complete

10:02 AM
07/19/2024
Page 2 of 3

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Dental | 7.68 | 92.16 |
| Health Savings Plan EE Contri | 19.23 | 230.76 |
| Pretax Matched | 21.15 | 221.85 |
| Medical | 106.50 | 1,278.00 |
| Vacation Purchase | 36.98 | 443.76 |
| Vision | 3.49 | 41.88 |
| Total: | 195.03 | 2,308.41 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Dom Part Dental | 8.44 | 101.28 |
| Dom Part Medical | 78.25 | 939.00 |
| Dom Part Vision | 2.98 | 35.76 |
| Roth Matched | 84.62 | 1,195.33 |
| NCA Offset | 5.50 | 20.50 |
| Optional Life Child | 1.03 | 12.36 |
| Optional Life Employee | 2.62 | 31.44 |
| Optional Life Spouse | 0.26 | 3.12 |
| Working Spouse PST | 57.69 | 692.28 |
| Total: | 241.39 | 3,031.07 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---:|---:|
| Health Savings Plan ER Contrib | 13.46 | 161.52 |
| Employer Match | 84.62 | 1,063.45 |
| Wellness Employee Incentive | | 700.00 |
| Total: | 98.08 | 1,924.97 |

### Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 2,231.42 | 27,909.98 |
| Medicare - Taxable Wages | 2,231.42 | 27,909.98 |
| Federal Withholding - Taxable Wages | 2,210.27 | 27,688.13 |
| State Tax Taxable Wages - PA | 2,231.28 | 27,916.04 |
| City Tax Taxable Wages - MOON | 2,231.28 | 27,916.04 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| Occasional Absence Time Off Plan | 0.00 | 0.00 | 40.00 |
| Personal Day Time Off Plan | 0.00 | 0.00 | 0.00 |
| Vacation Time Off Plan | 0.00 | 0.00 | 28.00 |

### Payment Information

Payslip: Paige Herrera: 06/16/2024 (Regular) - Complete

10:02 AM
07/19/2024
Page 3 of 3

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| PNC | Paige - PNC | ******3673 | 1,244.39 | USD |
| Clearview | Clearview | ******2837 | 25.40 | USD |
| | | Total: | 1,269.79 | |



PNC Bank NA    PNC Bank NA 1900 East 9th St B7-YB13-23-1 Cleveland, OH 44114    +1 877-968-7762
Paige Herrera    1215 Kings Mill Rd Aliquippa, PA 15001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Paige Herrera | PNC Bank NA | 040005433 | 05/20/2024 | 06/02/2024 | 05/31/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,115.40 | 205.03 | 745.35 | 275.89 | 1,889.13 |
| YTD | 772.25 | 24,492.21 | 2,113.38 | 4,955.81 | 2,789.68 | 14,633.34 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Incentive | 01/01/2024 - 03/31/2024 | 0 | 0 | 1,000.00 | 0 | 1,000.00 |
| Dom Part Dental - I | 05/20/2024 - 06/02/2024 | 0 | 0 | 11.74 | 0 | 129.14 |
| Dom Part Medical - | 05/20/2024 - 06/02/2024 | 0 | 0 | 269.85 | 0 | 2,968.35 |
| ESPP Tax Comp P/ | | | | 0 | | 7.74 |
| Holiday | 05/20/2024 - 06/02/2024 | 8 | 26.4423 | 211.54 | 32 | 846.16 |
| Life Insurance - Imp | 05/20/2024 - 06/02/2024 | 0 | 0 | 0.14 | 0 | 1.54 |
| Non-Cash Award | | | | 0 | 0 | 22.47 |
| Occasional Absenc | | | | 0 | 34 | 899.05 |
| Overtime Pay | | | | 0 | 0 | 0.10 |
| Incentive | | | | 0 | 0 | 35.00 |
| Personal Day | | | | 0 | 8 | 211.54 |
| Regular Pay - Salar | 05/20/2024 - 06/02/2024 | 72 | 26.4423 | 1,903.86 | 776 | 20,519.35 |
| Retro Regular Pay | | | | 0 | -10 | -264.43 |
| Straight Time | | | | 0 | 6.25 | 165.27 |
| VAC_Vacation | | | | 0 | 32 | 846.16 |
| Bereavement | | | | 0 | 8 | 211.54 |
| Earnings | | | | 3,397.13 | | 27,598.98 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 199.84 | 1,592.07 |
| Medicare | 46.74 | 372.34 |
| Federal Withholding | 363.21 | 1,904.71 |
| State Tax - PA | 98.95 | 788.53 |
| SUI-Employee Paid - PA | 2.38 | 19.32 |
| City Tax - MOON | 32.23 | 256.84 |
| PA LST - MOON | 2.00 | 22.00 |
| Employee Taxes | 745.35 | 4,955.81 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 7.68 | 84.48 |
| Health Savings Plan EE Contri | 19.23 | 211.53 |
| Pretax Matched | 31.15 | 200.70 |
| Medical | 106.50 | 1,171.50 |
| Vacation Purchase | 36.98 | 406.78 |
| Vision | 3.49 | 38.39 |
| Pre Tax Deductions | 205.03 | 2,113.38 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dom Part Dental | 8.44 | 92.84 |
| Dom Part Medical | 78.25 | 860.75 |
| Dom Part Vision | 2.98 | 32.78 |
| Roth Matched | 124.62 | 1,110.71 |
| NCA Offset | | 15.00 |
| Optional Life Child | 1.03 | 11.33 |
| Optional Life Employee | 2.62 | 28.82 |
| Optional Life Spouse | 0.26 | 2.86 |
| Working Spouse PST | 57.69 | 634.59 |
| Post Tax Deductions | 275.89 | 2,789.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Health Savings Plan ER Contrib | 13.46 | 148.06 |
| Employer Match | 124.62 | 978.83 |
| Wellness Employee Incentive | | 700.00 |
| Employer Paid Benefits | 138.08 | 1,826.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,223.25 | 25,678.56 |
| Medicare - Taxable Wages | 3,223.25 | 25,678.56 |
| Federal Withholding - Taxable Wages | 3,192.10 | 25,477.86 |
| State Tax Taxable Wages - PA | 3,223.11 | 25,684.76 |
| City Tax Taxable Wages - MOON | 3,223.11 | 25,684.76 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Occasional Absence Time Off Plan | 0 | 0 | 40 |
| Personal Day Time Off Plan | 0 | 0 | 0 |
| Vacation Time Off Plan | 10 | 0 | 28 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC | Paige - PNC | ******3673 | | 1,851.35 | USD |
| Clearview | Clearview | ******2837 | | 37.78 | USD |



PNC Bank NA     PNC Bank NA 1900 East 9th St B7-YB13-23-1 Cleveland, OH 44114     +1 877-968-7762
Paige Herrera    1215 Kings Mill Rd Aliquippa, PA 15001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Paige Herrera | PNC Bank NA | 040005433 | 05/06/2024 | 05/19/2024 | 05/17/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,115.39 | 195.03 | 414.99 | 235.89 | 1,269.48 |
| YTD | 700.25 | 21,376.81 | 1,908.35 | 4,210.46 | 2,513.79 | 12,744.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Dom Part Dental - I | 05/06/2024 - 05/19/2024 | 0 | 0 | 11.74 | 0 | 117.40 |
| Dom Part Medical - | 05/06/2024 - 05/19/2024 | 0 | 0 | 269.85 | 0 | 2,698.50 |
| ESPP Tax Comp P/ | 05/06/2024 - 05/19/2024 | 0 | 0 | 7.74 | 0 | 7.74 |
| Holiday | | | 0 | | 24 | 634.62 |
| Life Insurance - Imp | 05/06/2024 - 05/19/2024 | 0 | 0 | 0.14 | 0 | 1.40 |
| Non-Cash Award | | | 0 | | 0 | 22.47 |
| Occasional Absenc | | | 0 | | 34 | 899.05 |
| Overtime Pay | | | 0 | | 0 | 0.10 |
| Incentive | | | 0 | | 0 | 35.00 |
| Personal Day | | | 0 | | 8 | 211.54 |
| Regular Pay - Salar | 05/06/2024 - 05/19/2024 | 80 | 26.4423 | 2,115.39 | 704 | 18,615.49 |
| Retro Regular Pay | | | 0 | | -10 | -264.43 |
| Straight Time | | | 0 | | 6.25 | 165.27 |
| VAC_Vacation | | | 0 | | 32 | 846.16 |
| Bereavement | 04/22/2024 - 05/05/2024 | 8 | 26.4423 | 211.54 | 8 | 211.54 |
| Regular Pay - Salar | 04/22/2024 - 05/05/2024 | -72 | 26.4423 | -1,903.86 | | |
| Regular Pay - Salar | 04/22/2024 - 05/05/2024 | 64 | 26.4423 | 1,692.32 | | |
| Earnings | | | | 2,404.86 | | 24,201.85 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 137.84 | 1,392.23 |
| Medicare | 32.23 | 325.60 |
| Federal Withholding | 150.44 | 1,541.50 |
| State Tax - PA | 68.49 | 689.58 |
| SUI-Employee Paid - PA | 1.68 | 16.94 |
| City Tax - MOON | 22.31 | 224.61 |
| PA LST - MOON | 2.00 | 20.00 |
| Employee Taxes | 414.99 | 4,210.46 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 7.68 | 76.80 |
| Health Savings Plan EE Contri | 19.23 | 192.30 |
| Pretax Matched | 21.15 | 169.55 |
| Medical | 106.50 | 1,065.00 |
| Vacation Purchase | 36.98 | 369.80 |
| Vision | 3.49 | 34.90 |
| Pre Tax Deductions | 195.03 | 1,908.35 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dom Part Dental | 8.44 | 84.40 |
| Dom Part Medical | 78.25 | 782.50 |
| Dom Part Vision | 2.98 | 29.80 |
| Roth Matched | 84.62 | 986.09 |
| NCA Offset | | 15.00 |
| Optional Life Child | 1.03 | 10.30 |
| Optional Life Employee | 2.62 | 26.20 |
| Optional Life Spouse | 0.26 | 2.60 |
| Working Spouse PST | 57.69 | 576.90 |
| Post Tax Deductions | 235.89 | 2,513.79 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Health Savings Plan ER Contrib | 13.46 | 134.60 |
| Employer Match | 84.62 | 854.21 |
| Wellness Employee Incentive | 200.00 | 700.00 |
| Employer Paid Benefits | 298.08 | 1,688.81 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,223.24 | 22,455.31 |
| Medicare - Taxable Wages | 2,223.24 | 22,455.31 |
| Federal Withholding - Taxable Wages | 2,202.09 | 22,285.76 |
| State Tax Taxable Wages - PA | 2,230.84 | 22,461.65 |
| City Tax Taxable Wages - MOON | 2,230.84 | 22,461.65 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Occasional Absence Time Off Plan | 0 | 0 | 40 |
| Personal Day Time Off Plan | 0 | 0 | 0 |
| Vacation Time Off Plan | 0 | 0 | 18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC | Paige - PNC | ******3673 | | 1,244.09 | USD |
| Clearview | Clearview | ******2837 | | 25.39 | USD |