Certificate Number: 05781-PAW-DE-039032543

Bankruptcy Case Number: 24-21643



05781-PAW-DE-039032543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2024, at 1:22 o'clock PM PST, Paige Herrera completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: November 4, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President